UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  **v.**                                              **CRIMINAL ACTION**
                                                             **NO. 06-30512**

**SISAYEHITICHA DINSSA**

                                                             **HON. PAUL D. BORMAN**

    **Defendant.**

_____/

**ORDER GRANTING DETENTION**

    The government, having appealed the Magistrate Judge's Order setting bond, a hearing having been held on November 20, 2006; oral argument having been heard, and the court being otherwise fully informed in the premises,

    **IT IS ORDERED**, for the reasons set forth more fully on the record, the defendant is remanded to the custody of the United States Marshal for detention pursuant to 18 USC § 3142 *et. seq.*

                                                                     **s/Paul D. Borman**
                                                                     **PAUL D. BORMAN**
                                                                     **United States District Judge**

Dated: 11/20/06